## Commonwealth, Appellant, *v*. Bardolph.

Argued March 23, 1934. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

582

584

KELLER, J., filed a dissenting opinion, in which CUN-
NINGHAM and STADTFELD, JJ., concurred.

*H. R. Phillips,* Assistant District Attorney, with him *Andrew T. Park,* District Attorney, for appellant.

*Charles B. Prichard,* for appellee.

PER CURIAM, April 23, 1934:

The judgment of the Superior Court is affirmed on the opinion of BALDRIGE, J.